ROYAL INDEMNITY COMPANY, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant.

Argued June 4, 1940; decided July 24, 1940.

*Ralph E. Hemstreet* and *Louis J. Carruthers* for appellant.
*William E. Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY and SEARS, JJ. FINCH and LEWIS, JJ., dissent on the ground that the decedent was guilty of contributory negligence as matter of law. Taking no part: CONWAY, J.